No. 00–6373. SKILLICORN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00–6380. TURNER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6382. VERNON v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–6384. KING v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–6390. MORENO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6395. MILLER v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6396. HERNANDEZ BELMONTES v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 00–6404. WILSON v. GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6409. SMITH v. BOONE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–6413. LIVINGSTON v. GARCIA ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–6418. WILSON v. PHILLIPS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6421. DENNIS v. PULASKI COUNTY, ARKANSAS, ET AL.; and DENNIS v. CORRECTIONAL MEDICAL SYSTEMS ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–6422. JOHNSON v. LOCKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6424. MAYS v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6429. KALASHO v. CITY OF EASTPOINTE ET AL. C. A. 6th Cir. Certiorari denied.